```
JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 11-07544 |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| MICHELLE A. KIRKLAND-MOORE, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, MICHELLE A. KIRKLAND-MOORE, in the total amount of $5,012.27

Dated: 10/31/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

_A. Martinez_
By: Deputy Clerk

1